Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____Tampa\_\_\_\_ Division

| | |
|---|---|
| John Toussaint Pro se<br><br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>Capital One , Chase , Citi , Navy Federal Credit Union , TD bank , X1<br><br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 8:23-cv-2688-KKM-TGW<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | John Toussaint |
   | Street Address | 6011 Robert Rd Unit 207 |
   | City and County | Davenport , Polk |
   | State and Zip Code | FLorida , 33837 |
   | Telephone Number | 347-645-1027 |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
 Name: Capital One
 Job or Title (if known):
 Street Address: 15000 Capital One drive
 City and County: Richmond, Henrico
 State and Zip Code: VA 23238
 Telephone Number:
 E-mail Address (if known):

Defendant No. 2
 Name: Chase
 Job or Title (if known):
 Street Address: 201 North Walnut Street
 City and County: Wilmington, New Castle
 State and Zip Code: Delaware 19801
 Telephone Number:
 E-mail Address (if known):

Defendant No. 3
 Name: Citi
 Job or Title (if known):
 Street Address: P.O. Box 6077
 City and County: Sioux Falls, Minnehaha
 State and Zip Code: South Dakota 57117
 Telephone Number:
 E-mail Address (if known):

Defendant No. 4
 Name: Navy Federal Credit Union
 Job or Title (if known):
 Street Address: 820 Follin Lane. SE
 City and County: Vienna, Fairfax
 State and Zip Code: VA, 22180
 Telephone Number:
 E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S. Code § 6802(b) OPT OUT PROVISION

### III. Statement of Claim

1. On August 23, 2010, Capital One , without proper notice, disclosed nonpublic personal information associated with the plaintiff's account number 5178-0583-7374-9640 to [Equifax], [Experian], [TransUnion]—the three major credit reporting agencies.

2. On June 13, 2019; July 30, 2021 and Feb 08,2022, Chase, without proper notice, disclosed nonpublic personal information associated with the plaintiff's account numbers 4266-8416-1471-1610; 4246-3153-1549-7667 and 4246-3153-2743-3700  to [Equifax], [Experian], [TransUnion]—the three major credit reporting agencies.

3. On June 18, 2018, Citi, without proper notice, disclosed nonpublic personal information associated with the plaintiff's account number 5466-1604-5642-0551 to [Equifax], [Experian], [TransUnion]—the three major credit reporting agencies.

4. On March 07, 2018, Navy Federal Credit Union, without proper notice, disclosed nonpublic personal information associated with the plaintiff's account number 4060- 9567-9339-4778 to [Equifax], [Experian], [TransUnion]—the three major credit reporting agencies.

5. On May 222, 2018, TD bank, without proper notice, disclosed nonpublic personal information associated with the plaintiff's account number 4847-3849-2274-8410 to [Equifax], [Experian], [TransUnion]—the three major credit reporting agencies.

6. On December 23,2022, X1 without proper notice, disclosed nonpublic personal information associated with the plaintiff's account number  4420-5710-1005-9099  to [Equifax], [Experian], [TransUnion]—the three major credit reporting agencies.

7. The disclosures were made without the plaintiff's consent and without providing a clear and conspicuous opportunity to opt out of such disclosure, as required by Section 6802(b) of the law.

8. The defendants have collectively violated Section 6802(b) of the law by failing to provide proper notice, an opportunity to opt out, and an explanation of the opt-out process before disclosing nonpublic personal information to the three major credit reporting agencies—[Equifax], [Experian], [TransUnion].

### IV. Relief

   WHEREFORE, Plaintiff requests the following relief from this Court:

Monetary damages for the harm caused by the unauthorized disclosure.

Injunctive relief to prevent further unauthorized disclosures.

Fees and costs associated with bringing this action.

Any other relief the Court deems just and proper

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/21/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: JOHN TOUSSAINT

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5

    Name    TD bank

    Job or Title *(if known)*

    Street Address    1701 Route 70 East

    City and County    Cherry Hill , Camden

    State and Zip Code    NJ , 08034

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 6

    Name    X1

    Job or Title *(if known)*

    Street Address    548 Marke Street, Suite 30684

    City and County    San Francisco , San Francisco

    State and Zip Code    CA, 94104

    Telephone Number

    E-mail Address *(if known)*